UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLVESTER FLOYD,<br><br>    Petitioner,<br><br>  v.<br><br>R.J. RACKLEY, Warden,<br><br>    Respondent. | Case No. CV 15-5911-SJO(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that this action is **dismissed without prejudice.**

October 16, 2015.

Date: _____

_____
S. James Otero
United States District Judge